UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DAVID BENSON-STAEBLER,

        Plaintiff,

                              JUDGMENT
                              17-CV-4519(AMD) (ST)

        -against-

CITY OF NEW YORK, et al,

        Defendant.
------------------------------------------------------------ X

        An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on September 18, 2019, dismissing the fourth amended complaint for failure to comply with Rule 8 of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that the fourth amended complaint is dismissed for failure to comply with Rule 8 of the Federal Rules of Civil Procedure; and that this case is closed.

Dated: Brooklyn, NY                                       Douglas C. Palmer
       September 19, 2019                               Clerk of Court

                                         By:    /s/*Jalitza Poveda*
                                                    Deputy Clerk